IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CYNTHIA A. WILLIAMS                                                                  PLAINTIFF

VS.                                    CASE NO. 08-CV-1094

GEORGIA-PACIFIC CORPORATION                                              DEFENDANT

## ORDER

Before the Court is a Motion for Summary Judgment filed by Defendant, Georgia-Pacific Wood Products LLC ("Georgia-Pacific"). (Doc. 22). Plaintiff, Cynthia A. Williams, has responded. (Doc. 32). Georgia-Pacific filed a reply. (Doc. 30). The Court finds the matter ripe for consideration. For the reasons discussed in the Memorandum Opinion of even date, the Court finds the Motion for Summary Judgment filed by Georgia-Pacific Corporation should be and hereby is **GRANTED**. Ms. Williams's claims against Georgia-Pacific are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 7th day of June, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge